| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pechman, Marsha J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/03/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Article III judge - senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, Room 14229<br>Seattle, WA 98101 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Justice Advocacy Africa |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Preg O'Donnell & Gillett - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Judicial Institute of Canada | 10/02/17 - 10/05/17 | Montreal, Quebec, Canada | Faculty member at conference on Managing and Maintaining Control in Large Jury Cases | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | J |
| 2. | Capital One | Credit card | J |
| 3. | Preg, O'Donnell & Gillett PLLC Profit Sharing Plan | Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | | | | | | | | | |
| 2.  -- Amgen, Inc (AMGN) | A | Int./Div. | K | T | | | | | |
| 3.  -- Costco Companies | A | Int./Div. | | | Buy | 03/01/17 | K | | |
| 4. | | | | | Redeemed | 06/15/17 | K | A | |
| 5.  -- Dodge & Cox Income (DODIX) | A | Int./Div. | K | T | | | | | |
| 6.  -- Emerson Electric (EMR) | A | Int./Div. | | | Sold | 10/10/17 | J | D | |
| 7.  -- Europacific Growth Fund - Amer Funds (AEPFX) | A | Int./Div. | J | T | Buy | 07/27/17 | J | | |
| 8. | | | | | | | | | |
| 9.  -- Exxon/Mobil Corp. (XOM) | A | Int./Div. | K | T | | | | | |
| 10.  -- FMI Large Cap Fund (FMIHX) | B | Int./Div. | J | T | Buy | 02/23/17 | K | | |
| 11.  - | | | | | Sold (part) | 10/10/17 | J | A | |
| 12.  -- Guggenheim S&P Mid Cap 400 (EWMCOLD) | A | Int./Div. | K | T | Buy | 02/23/17 | K | | |
| 13.  -- Harbor Bond Fund (HABDX) | A | Int./Div. | K | T | Sold (part) | 02/23/17 | K | A | See notes @ Part VIII |
| 14.  -- Harris Assoc Inv Tr Oakmark Intl Fund (OAKIX) | A | Int./Div. | K | T | Sold (part) | 10/17/17 | K | B | |
| 15.  -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKBX) | B | Int./Div. | K | T | Sold (part) | 10/17/17 | J | C | |
| 16.  -- Hennessy Cornerstone Mid-Cap 30 Fd (HIMDX) | | | | | Sold (part) | 02/23/17 | K | A | |
| 17. | | | | | Sold | 07/27/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 19. -- JP Morgan (JVAIX) | B | Int./Div. | L | T | Sold (part) | 10/10/17 | J | C | |
| 20. -- Managers AMG Funds (Yacktman) | A | Int./Div. | | | Sold | 10/10/17 | J | A | |
| 21. -- Metropolitan Funds (MWLIX) | B | Int./Div. | M | T | | | | | |
| 22. -- Parnassus Core Equity (PRBLX) | B | Int./Div. | L | T | Buy | 07/27/17 | J | | |
| 23. | | | | | Sold (part) | 10/10/17 | K | B | |
| 24. -- PepsiCo Cap. Resources, Inc. | A | Int./Div. | | | Buy | 03/01/17 | K | | |
| 25. | | | | | Redeemed | 10/13/17 | K | A | |
| 26. -- Principal Funds Inc (PCBIX) | B | Int./Div. | K | T | | | | | |
| 27. -- Prof Mngd Fund Portfolio - Osterweis Funds (OSTFX) | A | Int./Div. | | | Sold | 07/27/17 | K | A | |
| 28. -- RJ Bank Deposit Program | A | Interest | L | T | | | | | |
| 29. -- Target (TGT) | A | Int./Div. | | | Sold | 03/24/17 | J | D | |
| 30. -- Touchstone Instl Funds (CISGX) | | | | | Sold | 02/23/17 | K | A | |
| 31. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | D | Int./Div. | L | T | Sold (part) | 10/10/17 | K | D | |
| 32. -- U.S. Treasury Bills | | | M | T | Buy | 04/04/17 | L | | |
| 33. | | | | | Redeemed (part) | 07/06/17 | K | | |
| 34. | | | | | Buy (add'l) | 07/16/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/11/17 | K | | |
| 36. | | | | | Buy (add'l) | 10/11/17 | L | | |
| 37. | | | | | Buy (add'l) | 10/16/17 | K | | |
| 38. | | | | | Buy (add'l) | 11/09/17 | K | | |
| 39. | | | | | Redeemed (part) | 11/09/17 | K | | |
| 40. | | | | | Redeemed (part) | 12/28/17 | K | | |
| 41. -- Vanguard Dividend Apprec (VIG) | B | Int./Div. | L | T | | | | | |
| 42. -- Vanguard Short Term Corp Fund - Adm (VFSUX) | C | Int./Div. | M | T | Sold (part) | 07/27/17 | K | A | See note @ Part VIII |
| 43. -- Wells Fargo & Co. | A | Int./Div. | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. IRA #2 | | | | | | | | | |
| 46. -- Vanguard Emerging Mkts Stk Idx Inv (VEIEX) | A | Int./Div. | J | T | | | | | |
| 47. -- Vanguard Inflation- Protected Sec Inv (VIPSX) | A | Int./Div. | J | T | | | | | |
| 48. -- Vanguard International Growth Inv (VWIGX) | A | Int./Div. | K | T | | | | | |
| 49. -- Vanguard Long-Term Invest-Gr Inv (VWESX) | B | Int./Div. | K | T | | | | | . |
| 50. -- Vanguard Mid-Cap Index Fund Adm (VIMAX) | A | Int./Div. | K | T | | | | | . |
| 51. -- Vanguard Prime Money Mkt Fund (VMMXX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Vanguard REIT Index Fund Adm (VGSLX) | A | Int./Div. | K | T | | | | | |
| 53. -- Vanguard S-T Investmt- Grade Inv (VFSTX) | A | Int./Div. | K | T | | | | | |
| 54. -- Vanguard Small-Cap Index Fund - Adm (VSMAX) | A | Int./Div. | J | T | Open | 01/09/17 | J | | See note Part VIII. |
| 55. -- Vanguard Small-Cap Index Fund Inv (NAESX) | | | | | Closed | 01/09/17 | J | | See note Part VIII. |
| 56. -- Vanguard Total Intl Bond Idx Adm (VTABX) | A | Int./Div. | J | T | | | | | |
| 57. -- Vanguard Wellesley Income Fund Inv (VWINX) | B | Int./Div. | K | T | | | | | |
| 58. -- Vanguard Wellington Fund Admiral (VWENX) | C | Int./Div. | K | T | | | | | |
| 59. -- Vanguard 500 Index Fund Adm (VFIAX) | B | Int./Div. | L | T | | | | | |
| 60. | | | | | | | | | |
| 61. 401K | | | | | | | | | |
| 62. -- American Funds Europacific R4 | A | Int./Div. | K | T | | | | | |
| 63. -- DFA U.S. Large Cap Value | A | Int./Div. | J | T | | | | | |
| 64. -- DFA U.S. Small Cap Value | A | Int./Div. | J | T | | | | | |
| 65. -- JHancock3 Displin Val Mid Cap | A | Int./Div. | J | T | | | | | |
| 66. -- Morley Stable Value Fund | A | Int./Div. | J | T | | | | | |
| 67. -- Oppenheimer Developing Mkts Y | A | Int./Div. | J | T | | | | | |
| 68. -- Pimco Real Return Adm | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- T Rowe Price New American Growth | A | Int./Div. | J | T | | | | | |
| 70. -- Vanguard 500 Index Admiral | A | Int./Div. | J | T | | | | | |
| 71. -- Vanguard Inter Bond Index Signal | A | Int./Div. | J | T | | | | | |
| 72. -- Vanguard Mid Cap Growth Index Admiral | A | Int./Div. | J | T | | | | | |
| 73. -- Vanguard Mid Cap Index Admiral | A | Int./Div. | J | T | | | | | |
| 74. -- Vanguard Small Cap Growth Index | A | Int./Div. | J | T | Buy | 04/03/17 | J | | |
| 75. -- Vanguard Small Cap Index Admiral | A | Int./Div. | J | T | | | | | |
| 76. -- Virtus Real Estate Fund I | A | Int./Div. | J | T | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 13.  Originally reported incorrectly as a complete sale.

Line 42.  Originally reported incorrectly as a complete sale.

Line 54.  Converted from Vanguard Small-Cap Index Fund Inv (NAESX).

Line 55.  Converted to Vanguard Small-Cap Index Fund - Adm (VSMAX)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544